IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

FODE LAYE KOUROUMA                                          PETITIONER

v.                         CIVIL ACTION NO. 5:19-cv-68-DCB-MTP

WARDEN OF ADAMS COUNTY C.C.                                 RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 34], to which no objections have been filed. Magistrate Judge Parker recommends that Fode Laye Kourouma's Petition for Writ of Habeas Corpus [1] be dismissed and the Warden of Adams County C.C.'s Motion to Dismiss for Mootness [32] be granted. Magistrate Parker found that the Petition for Writ of Habeas Corpus is moot because the Petitioner was removed to Liberia on December 10, 2019. Having carefully reviewed the same, the Court finds the Report and Recommendation to be well taken.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 34] is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss for Mootness [ECF No. 32] is GRANTED and the

Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED with prejudice.

SO ORDERED this the 9th day of March, 2020.

                                         _/s/ David Bramlette_____
                                            UNITED STATES DISTRICT JUDGE